UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:10-CR-83-1D

| UNITED STATES | ) | |
| --- | --- | --- |
| | ) | |
| VS. | ) | ORDER |
| | ) | |
| PEDRO DURAN-SANTIBANEZ | ) | |

THIS MATTER COMING before the Court on the Defendant's motion to seal the Defendant's motion for variance, the Court finds that good cause exists to allow the motion, and therefore, the Defendant's motion is ALLOWED.

SO ORDERED.

This **29** day of April, 2011.

_____
JAMES C. DEVER, III
UNITED STATES DISTRICT JUDGE